


# JAMES M. BACH
## Attorney At Law

**352 S. Sporting Hill Rd., Mechanicsburg, PA 17050, Tel: (717) 737-2033**

October 27, 2016

Office of the Clerk
United States Bankruptcy Court
Middle District of Pennsylvania
P.O. Box 908
Harrisburg, PA 17108

                                       Re:     **John W. Kichman, Jr.**
                                                        **Chapter 13 Bankruptcy**
                                                        **Case No.: 1:14-bk-02172-RNO**

Dear Bankruptcy Clerk:

The new address for the Debtor is as follows:

         223 Acri Meadow Road
         Enola, PA 17025-1902

Kindly process in your normal fashion.

                                                       Respectfully,

                                                       James M. Bach
                                                       Attorney at Law
                                                       352 South Sporting Hill Rd
                                                       Mechanicsburg, PA 17050
                                                       717-737-2033