

# JAMES M. BACH
### Attorney At Law

---

**352 S. Sporting Hill Rd., Mechanicsburg, PA 17050, Tel: (717) 737-2033**

October 27, 2016

Office of the Clerk
United States Bankruptcy Court
Middle District of Pennsylvania
P.O. Box 908
Harrisburg, PA 17108

                               Re:     John W. Kichman, Jr.
                                           Chapter 13 Bankruptcy
                                           Case No.: 1:14-bk-02172-RNO

Dear Bankruptcy Clerk:

The new address for the Debtor is as follows:

       23 Acri Meadow Road
       Enola, PA 17025-1902

Kindly process in your normal fashion.

                                           Respectfully,

                                           James M. Bach
                                           Attorney at Law
                                           352 South Sporting Hill Rd
                                           Mechanicsburg, PA 17050
                                           717-737-2033