```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 14-02172-RNO
John W. Kichman, Jr.                                                Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1           User: TWilson              Page 1 of 2        Date Rcvd: Dec 05, 2016
                               Form ID: pdf010            Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2016.
db             John W. Kichman, Jr.,    223 Acri Meadow Road,    Enola, PA 17025-1902
cr            +HSBC BANK USA, NATIONAL ASSOCIATION,     Stern & Eisenberg, PC,    1581 Main Street,   Suite 200,
                Warrington, PA 18976-3400
4487414       +American Express,     P.O. Box 981537,    El Paso, TX 79998-1537
4527393        American Express Bank FSB,    c/o Becket and Lee LLP,     POB 3001,    Malvern PA 19355-0701
4487415      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,     4161 Piedmont Parkway,     Greensboro, NC 27410)
4510087       +BANK OF AMERICA, N.A.,    ATTN: BANKRUPTCY DEPT.,     MAIL STOP CA6-09-01-23,    400 NATIONAL WAY,
                SIMI VALLEY, CA 93065-6414
4537118       +Bank of America, N.A.,    Attn: Bankruptcy Dept.,    400 National Way,     Mail Stop CA6-919-01-23,
                Simi Valley, CA 93065-6414
4487417       +Chase Bank One,     P.O. Box 15298,   Wilmington, DE 19850-5298
4653468       +East Pennsboro Township,    98 South Enola Drive,    Enola, PA 17025-2796
4487419       +Eastern Account System,    P.O. Box 837,    Newtown, CT 06470-0837
4542980        HSBC Bank USA, National Association,,    c/o Ocwen Loan Servicing, LLC,
                Attn: Bankruptcy Department,    P.O. BOX 24605,    West Palm Beach, FL 33416-4605
4509884        M&T BANK,    PO BOX 1508,   BUFFALO, NY 14240-1508
4487423        PA Central Credit Union,    P.O. Box 3780,    Harrisburg, PA 17105
4487425       +Verizon,    500 Technology Drive,    Suite 300,   Saint Charles, MO 63304-2225
4512579       +Wells Fargo Bank, N.A.,    ATTN: Bankruptcy Dept.,    MAC#D3347-014,     3476 Stateview Blvd.,
                Fort Mill, SC 29715-7203
4487426       +Wells Fargo Financial,    P.O. Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4513705         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 05 2016 19:03:55
                American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                Oklahoma City, OK 73124-8838
4487420         E-mail/Text: camanagement@mtb.com Dec 05 2016 18:58:54       M & T Bank,   P.O. Box 900,
                Millsboro, DE 19966
4532118         E-mail/Text: camanagement@mtb.com Dec 05 2016 18:58:54       M&T Bank,   P.O. Box 1288,
                Buffalo, NY 14240-1288
4487422        +Fax: 407-737-5634 Dec 05 2016 19:03:15       Ocwen Loan Servicing,    1661 Worthington Road,
                Suite 100,   West Palm Beach, FL 33409-6493
4487424         E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2016 18:58:21        PayPal,   P.O. Box 965005,
                Orlando, FL 32896-5005
4505000         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 05 2016 18:59:01
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg PA 17128-0946
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4487416*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,     4161 Piedmont Parkway,     Greensboro, NC 27410)
4487421*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,     1100 WHERLE DRIVE,   WILLIAMSVILLE NY 14221-7748
              (address filed with court: M & T Bank,     P.O. Box 900,   Millsboro, DE 19966)
4487418      ##+Commerical Acceptance,    2 West Main Street,    Camp Hill, PA 17011-6326
                                                                                   TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2016                                      Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2016 at the address(es) listed below:

```
          Andrew L Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. pamb@fedphe.com
          Andrew M. Lubin    on behalf of Creditor    Bank of America, N.A. alubin@milsteadlaw.com
          Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
          Chrisovalante  Fliakos    on behalf of Creditor    Bank of America, N.A. pamb@fedphe.com
          James M Bach    on behalf of Debtor John W. Kichman, Jr. JMB@JamesMBach.com,
           staff@jamesmbach.com;staff@ecf.courtdrive.com
          Joseph P Schalk    on behalf of Creditor    WELLS FARGO BANK, N.A. pamb@fedphe.com
          Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kimberly A Bonner    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William Edward Miller    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION
           wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                                    TOTAL: 10
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**In Re**
    JOHN W. KICHMAN, JR.    :
                                   :    **Chapter** 13
                                   :
    **Debtor**               :    **Case No.** 1:14-bk-02172-RNO
                                   :

**ORDER**

    **UPON CONSIDERATION OF** the within MOTION TO WITHDRAW AND/OR DISMISS CHAPTER 13 BANKRUPTCY, it is hereby ordered and directed as follows:

1. The Chapter 13 Petition filed by John W. Kichman, Jr. on May 7th, 2014 is dismissed. Charles J. DeHart III is relieved of his duties, effective immediately.

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Dated: December 5, 2016